**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION**

Matthew Aaron Sawyer,   Civil No. 04-4689 MJD/AJB

    Petitioner,

v.   **ORDER**

Lisa J.W. Hollingsworth, Warden,

    Respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated May 12, 2005, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that petitioner Matthew Aaron Sawyer's Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2241 is **dismissed**. [Docket No. 1].

Dated: June 2, 2005

                                                      s/ Michael J. Davis
                                                      Michael J. Davis
                                                      United States District Court Judge